AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Pingyang Hongxing Craft Factory and Hao Xiao ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:25-cv-08240 |
| Guangzhou Dingbao International Trade Co., Ltd. & Gu ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Pingyang Hongxing Craft Factory and Hao Xiao                                                              .

Date:    10/04/2025

/s/Lance Liu
*Attorney's signature*

Lance Liu, Esq. and 3002946
*Printed name and bar number*
15 Minuteman Circle
Southbury, CT 06488

*Address*

Lanceliu2000@gmail.com
*E-mail address*

(203) 706-9536
*Telephone number*

*FAX number*